IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONNIE R. STALSBERG, as trustee to the Ralph O. Stalsberg Irrevocable Trust I; and RALPH O. STALSBERG, individually,<br><br>Plaintiffs, Counterclaim-Defendants,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Defendants, Counterclaim-Plaintiffs. | ORDER ON NEW YORK LIFE'S UNOPPOSED MOTION TO SEAL BRIEFS AND FILE REDACTED BRIEFS<br><br>2:08-mc-00071<br>(Utah No. 2:07-cv-29)<br><br>Hon. Ronald L. Buckwalter |

FILED
JUN 16 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Before the Court is New York Life Insurance Company's Unopposed Motion to Seal Briefs and File Redacted Briefs. Upon review of the briefing on this Motion, it is hereby **ORDERED** that:

(1). the Memorandum of Law in Support of New York Life's Motion to Compel Coventry Capital to Produce Documents and 30(b)(6) Testimony, listed as Attachment 1 to Docket entry number 1, shall be sealed;

(2). New York Life's Reply in Support of its Motion to Compel Coventry Capital to Produce Documents and 30(b)(6) Testimony, listed as Docket entry number 11, shall be sealed;

(3). NY Life is granted leave to file a Corrected and Redacted Memorandum of Law in Support of New York Life's Motion to Compel Coventry Capital to Produce Documents and 30(b)(6) Testimony, in the form of the redacted version attached as Exhibit A to this Motion;

1

(4). NY Life is granted leave to file in the public record a Corrected and Redacted Reply in Support of its Motion to Compel Coventry Capital to Produce Documents and 30(b)(6) Testimony, in the form of the redacted version of the same Reply attached as Exhibit B to this Motion.

SO ORDERED.

Dated this 16 day of JUNE, 2008.

_____
Hon. Ronald L. Buckwalter